Katherine A. Meyer
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206

Timothy Kingston
408 West 23rd Street, Suite 1
Cheyenne, WY 82001-3519
(WY Bar No. 6-2720)
(307) 638-8885

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ROCK SPRINGS GRAZING ASSOCIATION, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) ) | Civ. No. 2:11-CV-00263-NDF |
| KEN SALAZAR, ET AL., | ) ) | |
| Defendants. | ) | |

**INTERVENOR-DEFENDANTS' OPPOSITION TO
MOTION TO DISMISS BY THE PLAINTIFF AND GOVERNMENT DEFENDANTS**.

The Intervenor-Defendants International Society for the Protection of Mustangs and Burros, American Wild Horse Preservation Campaign, and The Cloud Foundation oppose the motion to dismiss that has been filed by the Plaintiff Rock Springs Grazing Association ("RSGA") and the government defendants, including the Bureau of Land Management (collectively referred to as "BLM") (Docket No. 81). Although the Intervenors certainly believe this case should be dismissed for all of the reasons set forth in their Opening Brief (Docket No. 65), they do not believe it is appropriate for this Court to dismiss this case based on the Consent

Decree that has been filed by RSGA and the BLM.  As explained in the Objections attached as Exhibit 1 to this Opposition and hereby incorporated by reference, the Court lacks jurisdiction to approve and enforce that Decree and the Decree violates the rights and interests of not only the Intervenors, but the public at large, and is certainly not in the interests of the wild horses that are currently roaming wild and free on the Wyoming Checkerboard, where they are required to be protected under the Wild Free-Roaming Horses and Burros Act as "*an integral part of the natural system of the public lands*."  16 U.S.C. § 1331 (emphasis added). Accordingly, the Decree does not provide a legitimate basis for the proposed motion to dismiss.

                Respectfully submitted,

                /s/
                Katherine A. Meyer
                Meyer Glitzenstein & Crystal
                1601 Connecticut Ave., N.W.
                Suite 700
                Washington, D.C.  20009
                (202) 588-5206

                Timothy Kingston
                408 West 23rd Street, Suite 1
                Cheyenne, WY 82001-3519
                (WY Bar No. 5-2476)
                (307) 638-8885

                Attorneys for Intervenor-Defendants

Date:   February 25, 2013